UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
CITY OF STERLING HEIGHTS GENERAL :
EMPLOYEES' RETIREMENT SYSTEM, :
Individually and on Behalf of All Others :
Similarly Situated, :
: Case No. 1:19-cv-05854-AKH
Plaintiff, :
:
vs. :
:
ANHEUSER-BUSCH INBEV SA/NV, :
CARLOS BRITO, FELIPE DUTRA, and :
JOHN BLOOD, :
:
Defendants. :
:
---------------------------------------------------------- x

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff and Defendants, through their undersigned counsel, as follows:

1. Defendants' time to respond to the complaint filed with the Court on June 21, 2019 (the "Original Complaint"), by motion, answer or otherwise, shall be extended as described in paragraph 3 below.

2. Within sixty (60) days after entry of an Order appointing Lead Plaintiff and Lead Plaintiff's Counsel, Lead Plaintiff shall either (a) advise Defendants that Lead Plaintiff will proceed with the Original Complaint, or (b) file an Amended Complaint (the "Amended Complaint").

3. Defendants' responses, by motion, answer or otherwise, to the Original Complaint or the Amended Complaint, as determined by Lead Plaintiff's actions described above

in paragraph 2, shall be due sixty (60) days after (a) notice to Defendants that Lead Plaintiff will proceed with the Original Complaint, or (b) service of the Amended Complaint.

4. If any Defendant responds to the Original Complaint or Amended Complaint by motion, (a) Lead Plaintiff's opposition to such motion shall be due sixty (60) days after service of the opening papers on the motion, and (b) the moving Defendant's reply papers shall be due forty-five (45) days after service of the opposition.

Dated:    New York, New York
          August 26, 2019

Respectfully submitted,

| ROBBINS GELLER RUDMAN & DOWD LLP | SULLIVAN & CROMWELL LLP |
|---|---|
| By: /s/ David A. Rosenfeld (by consent) | By: /s/ Brian T. Frawley /LT |
| Samuel H. Rudman (srudman@rgrdlaw.com) | Brian T. Frawley (frawleyb@sullcrom.com) |
| David A. Rosenfeld (drosenfeld@rgrdlaw.com) | Matthew J. Porpora (porporam@sullcrom.com) |
| 58 South Service Road, Suite 200 | Leonid Traps (trapsl@sullcrom.com) |
| Melville, NY 11747 | 125 Broad Street |
| Tel: (631) 367-7100 | New York, New York 10004 |
| Fax: (631) 367-1173 | Tel: (212) 558-4000 |
| | Fax: (212) 558-3588 |
| *Attorneys for Plaintiff City of Sterling Heights General Employees' Retirement System* | *Attorneys for Defendants Anheuser-Busch InBev SA/NV, Carlos Brito, Felipe Dutra, and John Blood* |

SO ORDERED

New York, New York

Date:_____

_____
The Honorable Alvin K. Hellerstein
United States District Judge