**Robbins Geller
Rudman & Dowd LLP**

| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

Chad Johnson
ChadJ@rgrdlaw.com
Dir: 212-791-0567

December 10, 2019

So Ordered
12-11-19
/s/ Alvin K. Hellerstein

VIA ECF

The Honorable Alvin K. Hellerstein
United States District Judge
500 Pearl Street, Room 1050
New York, New York 10007

Re: *City of Sterling Heights Gen. Emps.' Ret. Sys. v. Anheuser-Busch InBev*, No. 1:19-cv-5854 (SDNY)

Dear Judge Hellerstein:

We write on behalf of Lead Plaintiff City of Birmingham Retirement and Relief System ("Birmingham") to request, as a housekeeping matter, that the Court amend the caption of this action to: *In re Anheuser-Busch InBev SA/NV Securities Litigation*.

By way of background, this class action alleging violations of the federal securities laws was initiated on June 21, 2019 by City of Sterling Heights General Employees' Retirement System ("Sterling Heights"). On September 12, 2018, the Court appointed Birmingham as lead plaintiff, and approved Birmingham's selection of Robbins Geller Rudman & Dowd LLP as lead counsel. ECF No. 28. In light of lead counsel's recent experience with filing amended complaints in securities actions in this District following the appointment of lead plaintiff different from the plaintiff that filed the original complaint, and in order to avoid any confusion in connection with the filing of Birmingham's forthcoming amended complaint and future filings, Birmingham respectfully requests that the Court amend the caption of this action to: *In re Anheuser-Busch InBev SA/NV Securities Litigation*.

We have conferred with counsel for defendants about this matter, and they have no objection to the requested relief. We appreciate the Court's attention to this matter.

Respectfully submitted,

/s/ Chad Johnson

Chad Johnson

cc: All Counsel (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/19

125 Park Avenue    25th Floor    New York, NY 10017    Tel 212-693-1058    Fax 619-231-7423    rgrdlaw.com