**SULLIVAN & CROMWELL LLP**

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

---

So ordered.  The pretrial conference previously scheduled for June 26, 2020, is hereby canceled.  A conference will be scheduled, if necessary, following resolution of Defendants' motion to dismiss.

/s/ Alvin K. Hellerstein
6/23/2020

---

June 23, 2020

By Facsimile and ECF

The Honorable Alvin K. Hellerstein
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

      Re:    *In re: Anheuser-Busch InBev SA/NV Securities Litigation*, No. 1:19-cv-05854-AKH (S.D.N.Y.)

Dear Judge Hellerstein:

      I write on behalf of Defendants Anheuser-Busch InBev SA/NV, Carlos Brito, and Felipe Dutra regarding the above-referenced action and pursuant to 1.D of Your Honor's Individual Rules to respectfully request that the Court adjourn the scheduling conference, currently scheduled for June 26, 2020, until the Court decides the pending Motion to Dismiss the Amended Complaint (ECF No. 41) ("Motion to Dismiss").

      Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b)(3)(B), "all discovery and other proceedings" in this private securities action "shall be stayed during the pendency of any motion to dismiss."  A conference regarding scheduling, case management, and discovery is within the stay prescribed by the Private Securities Litigation Reform Act.

      This is Defendants' second request for an adjournment of the scheduling conference.  On September 26, 2019, the parties jointly requested adjournment of the conference (then scheduled for October 4, 2019) "until after any motion to dismiss is decided," and the Court adjourned the conference to May 15, 2020.  (ECF No. 33.)  Lead Plaintiff and Defendants subsequently requested extensions of the deadlines for filing their Amended Complaint and

Motion to Dismiss, respectively, with corresponding adjournments for the scheduling conference, and the Court granted both extensions. (ECF Nos. 35, 40.)

Counsel for Lead Plaintiff takes no position on this request.

Respectfully submitted,

*/s/ Brian T. Frawley*
Brian T. Frawley
*Counsel for Defendants*

cc: Counsel for Lead Plaintiff
(by ECF)