UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
:
: **ORDER REGULATING**
In re ANHEUSER-BUSCH INBEV SA/NV    : **PROCEEDINGS**
SECURITIES LITIGATION,              :
: 19 Civ. 5854 (AKH)
:
---------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Oral argument on the Defendants' motion to dismiss will be held on September 10, 2020, at 2:30 p.m.  Oral argument will be held telephonically via the following call-in number:

       Call-in number: 888-363-4749

       Access code: 7518680

       To ensure that the hearing proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Not later than September 8, 2020, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record at the telephonic argument, along with their contact information.

       SO ORDERED.

Dated:    August 12, 2020          /s/ Alvin K. Hellerstein
            New York, New York      ALVIN K. HELLERSTEIN
                                       United States District Judge