**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

In re ANHEUSER-BUSCH INBEV SA/NV
SECURITIES LITIGATION

19 **CIVIL** 5854 (AKH)

## JUDGMENT

-------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 29, 2020, Defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York
September 30, 2020

**RUBY J. KRAJICK**

**BY:**   _K. Mango_
**Clerk of Court**

**Deputy Clerk**